36 P.3d 827

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Nakayama | 23599 | 10/02/2001 | Affirmed |
| State v. Spencer | 23243 | 10/15/2001 | Affirmed |
| Ueno v. Ueno | 23294, 23349 | 10/16/2001 | Vacated and Remanded |
| State v. Kaahaaina | 23132 | 10/17/2001 | Vacated |
| State v. Joshua | 23023 | 10/22/2001 | Affirmed/Reversed in part |
| State v. Ng | 23074 | 11/08/2001 | Affirmed |
| State v. Yucel | 23654 | 11/13/2001 | Affirmed |
| State v. Mariano | 23044 | 11/14/2001 | Affirmed |
| State v. Foti | 23144 | 11/15/2001 | Affirmed |
| State v. Yee | 23435 | 11/16/2001 | Affirmed |
| State v. Sombelon | 23685 | 11/26/2001 | Vacated and Remanded |